# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA: | : | Docket No: 3:02CR58 (RNC) |
| VS. | : | |
| CRISTIAN GUZMAN-GONZALEZ | : | June 7, 2006 |

## PETITION FOR REMISSION OF
## SPECIAL ASSESSMENT AND ORDER THEREON

The United States of America, by its undersigned attorney, petitions this Court pursuant to 18 U.S.C. § 3573 for remission of the special assessment in this case.

## STATEMENT OF FACTS

1. On July 26, 2002, judgment was entered by this Court against the above defendant, levying a special assessment in the amount of $100.00.

2. As of August 2, 2004, the defendant made two payments totaling $50.00, which was applied to his special assessment debt.

3. Undersigned counsel has confirmed with the Immigration And Customs Enforcement Database, that the defendant was deported from the United States.

4. The present whereabouts of the defendant are presently unknown to undersigned counsel.

## ARGUMENT

The Government bases its request on 18 U.S.C. § 3573, which provides that:

> Upon petition of the Government showing that
> reasonable efforts to collect a fine or assessment
> are not likely to be effective, the court may,
> in the interest of justice-
>
> (1) remit all or part of the unpaid portion of the
> fine or special assessment, including interest and
> penalties;

The undersigned attorney has determined that there is no reasonable likelihood that expending further efforts to collect the balance of the special assessment will produce any revenue to the United States. Any further efforts would, in fact, be contrary to the interests of

the United States because such efforts would needlessly expend resources that could be better directed to areas with greater potential for recovery.

    Therefore, the Government, through its undersigned attorney respectfully petitions this Court for an order pursuant to 18 U.S.C. § 3573 remitting the defendant's special assessment.

    Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY


CHRISTINE SCIARRINO
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT  06510
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV
ATTORNEY BAR NO: CT03393

## CERTIFICATION

This is to certify that as of this 7th day of June, 2006, undersigned counsel does not know the whereabouts of the Defendant.

_____
CHRISTINE SCIARRINO