UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Docket No. 3:02CR58(RNC) |
| : | |
| CRISTIAN GUZMAN-GONZALEZ : | |

<u>ORDER</u>

This cause having come before the Court for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. § 3573 for remission of the defendant's remaining balance of his special assessment, entered on July 24, 2002 in this cause, and the Court being of the opinion that the petition is well taken, the defendant's special assessment balance is hereby remitted.

So ordered.

Dated at Hartford, Connecticut this 22 day of June, 2006.

Robert N. Chatigny
United States District Judge